889 A.2d 1160

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Charles J. ALIANO, Respondent.**

**No. 1067 DISC. 3.**

Supreme Court of Pennsylvania.

Dec. 1, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 1st day of December, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated August 31, 2005, the Petition for Review and response thereto, the request for oral argument is denied pursuant to Rule 208(e)(4), Pa.R.D.E., and it is hereby

ORDERED that CHARLES J. ALIANO be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that the expenses incurred in the investigation and prosecution of this matter shall be paid by the Respondent.

Mr. Justice Saylor dissents in favor of a private reprimand.